IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELBY TYRONE CLARK, JR., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:21-cv-04096-JDW |
| | : | |
| LT. BROOKE ALBERT, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of September, 2022, for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion For Leave To Take Additional Discovery (ECF No. 44) is **DENIED**;

2. Defendant Kyle Russell's Motion For Summary Judgment (ECF No. 39) is **GRANTED**, and summary judgment is **ENTERED** in favor of Defendant Kyle Russell and against Plaintiff Shelby Tyrone Clark on all of Mr. Clark's claims;

3. Plaintiff's Motion For Injunctive Relief And Damages (ECF Nos. 37 and 43) are **DENIED**; and

4. Plaintiff's Motion For Corrections To Plaintiff's Motion For Injunctive Relief And Damages (ECF No. 45) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**